IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ASHLEE MARTSOLF, on behalf herself and all others similarly situated,** | : : : | **CIVIL ACTION NO. 1:04-CV-1346** |
| | : | **(Judge Conner)** |
| **Plaintiff** | : : | |
| **v.** | : : | |
| **JBC LEGAL GROUP, P.C.,** | : | |
| **Defendant** | : | |

## ORDER WITHDRAWING MEDIATION REFERRAL

AND NOW, this 12th day of September, 2005, it is hereby ORDERED that the referral to mediation is WITHDRAWN.

                                                  S/ Christopher C. Conner
                                                  CHRISTOPHER C. CONNER
                                                  United States District Judge