# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ASHLEE MARTSOLF**, on behalf of herself and all others similarly situated, | : : : : | **CIVIL ACTION NO. 1:04-CV-1346** (CLASS ACTION) |
| **Plaintiff** | : : | (Judge Conner) |
| v. | : : | |
| **JBC LEGAL GROUP, P.C., et al.**, | : : | |
| **Defendants** | : | |

-----------------------------------------------------------------------------

| | | |
|---|---|---|
| **ASHLEE MARTSOLF**, on behalf of herself and all others similarly situated, | : : : : | **CIVIL ACTION NO. 1:05-CV-0819** (Judge Conner) |
| **Plaintiff** | : : | |
| v. | : : | |
| **OUTSOURCE RECOVERY MANAGEMENT, INC.**, | : : : | |
| **Defendant** | : | |

## **AMENDING ORDER**

AND NOW, this 19th day of October, 2005, upon consideration of the prior orders of court in the above-captioned cases,[1] directing counsel for defendants to discuss the ramifications of withdrawal with defendants and to seek objections or concurrence in the motions for leave to withdraw, it is hereby ORDERED that paragraph 1 of the prior orders of court[2] is AMENDED to read as follows:

---

[1] These cases have been consolidated solely for purposes of this order. See FED. R. CIV. P. 42.

[2] Civil Action No. 1:04-CV-1346 (Doc. 54 ¶ 1); Civil Action No. 1:05-CV-0819 (Doc. 10 ¶ 1).

1. Counsel for defendants shall, on or before September 16, 2005, forward copies of the motions for leave to withdraw and a copy of this order to their clients and shall confer with the clients regarding the clients' right to object to the motions and the ramifications of withdrawal, including the potential for default judgment against unrepresented corporate defendants. See Eagle Assocs. v. Bank of Montreal, 926 F.2d 1305, 1308 (2d Cir. 1991); see also Simbraw, Inc. v. United States, 367 F.2d 373, 373 (3d Cir. 1966) (per curiam), cited with approval in Rowland v. Cal. Men's Colony, Unit II Men's Advisory Council, 506 U.S. 194, 203 (1993).

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge