# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ASHLEE MARTSOLF**, on behalf of herself and all others similarly situated, | : : : : | **CIVIL ACTION NO. 1:04-CV-1346** (CLASS ACTION) |
| Plaintiff | : : | (Judge Conner) |
| v. | : : | |
| **JBC LEGAL GROUP, P.C., et al.**, | : : | |
| Defendants | : | |

## **ORDER**

AND NOW, this 2nd day of December, 2005, upon consideration of the motion (Doc. 59) for admission to practice in this court *pro hac vice* under Local Rule 83.9.3, filed by Attorney Richard F. Ostriak ("Attorney Ostriak"), and plaintiff's brief in opposition (Doc. 60), objecting only to Attorney Ostriak's admission *pro hac vice* without associate counsel, and it appearing that Attorney Ostriak has not secured associate counsel, see L.R. 83.12 (requiring an attorney seeking admission *pro hac vice* to have associate counsel who is admitted to practice in this court), it is hereby ORDERED that Attorney Ostriak shall supplement the motion (Doc. 59), on or before December 9, 2005, with a response listing the name, address, telephone number, and bar identification number of associate counsel to be entered of record in this case.

                                                                           /s/ Christopher C. Conner  
                                                                         CHRISTOPHER C. CONNER  
                                                                          United States District Judge