Case 1:04-cv-01346-CCC   Document 90   Filed 11/15/2006   Page 1 of 1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ASHLEE MARTSOLF, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>JBC LEGAL GROUP, P.C., JACK BOYAJIAN, MARVIN BRANDON, and OUTSOURCE RECOVERY MANAGEMENT, INC.<br><br>    Defendants | CIVIL NO. 1:04-CV-1346<br><br>(JUDGE CONNER) |

FILED
HARRISBURG
NOV 15 2006
MARY E. D'ANDREA, CLERK
Per_____
Deputy Clerk

### ORDER

AND NOW this 15th day of November, 2006, upon consideration of the parties' Joint Motion for Approval of Notice to the Class Members, it is ORDERED that the Motion is hereby granted, and the proposed Notice, attached as Exhibit A to the aforesaid Motion, shall be sent to class members by the Plaintiff, by first-class mail, on or before the 14th day following the date of this Order.

                                        /s/ Christopher C. Conner
                                        CHRISTOPHER C. CONNER
                                        United States District Judge