# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ASHLEE MARTSOLF**, on behalf of herself and all others similarly situated, | : : : : | CIVIL ACTION NO. 1:04-CV-1346 (CLASS ACTION/CONSOLIDATED) |
| **Plaintiff** | : : | (Judge Conner) |
| v. | : : | |
| **JBC LEGAL GROUP, P.C., et al.**, | : : | |
| **Defendants** | : | |

## ORDER

AND NOW, this 15th day of November, 2006, upon consideration of the motion for approval of notice to the class members (Doc. 83), and it appearing that the court approved the joint proposed notice to class members (see Doc. 91), it is hereby ORDERED that the motion (Doc. 83) is DENIED as moot.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge