Case 1:04-cv-01346-CCC   Document 94   Filed 01/26/2007   Page 1 of 1

# IN THE UNITED STATE DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ASHLEE MARTSOLF, on behalf of herself and all others similarly situated | |
| | CIVIL ACTION NO. 1:04-CV-1346 |
| Plaintiff | |
| | CLASS ACTION (FOR VIOLATION |
| v. | OF THE FAIR DEBT COLLECTION |
| | PRACTICES ACT) |
| JBC LEGAL GROUP, P.C., et al. | |
| Defendant | (JUDGE CONNER) |

## ORDER AMENDING CONSENT CONFIDENTIALITY ORDER

AND NOW this 26th day of January, 2007, upon consideration of the parties' Joint Motion to Expand Coverage of the February 7, 2005 Consent Confidentiality Order (Doc. 31), which was filed to include within the coverage of the Consent Confidentiality Order an entity which is now a defendant in this case, but was not a party at the time of entry of that Order, it is hereby **ORDERED**, that the Consent Confidentiality Order entered in this matter is hereby amended to include within its provisions Outsource Recovery Management, Inc., defendant herein.

/s/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge