# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ASHLEE MARTSOLF**, on behalf of herself and others similarly situated,  :  <br><br>　　　　　**Plaintiff**,　　　　　　　　　: <br>　　　　　　　　　　　　　　　　　　　: <br>　　　v.　　　　　　　　　　　　　　　: <br>　　　　　　　　　　　　　　　　　　　: <br>**JBC LEGAL GROUP, P.C.**, *et al.*,　　　: <br>　　　　　　　　　　　　　　　　　　　: <br>　　　　　**Defendants**　　　　　　　: | CIVIL ACTION NO. 1:04-CV-1346 <br><br>(CLASS ACTION/CONSOLIDATED) <br><br>(Judge Conner) |

## **ORDER**

AND NOW, this 7th day of April, 2008, upon consideration of plaintiff's motions in limine (Docs. 154, 156, 158), and of the notice of settlement (Doc. 160) filed on April 4, 2008, stating that the parties have resolved the claims in the above-captioned matter and that they anticipate filing settlement documentation by early May 2008, it is hereby ORDERED that:

1. The motions in limine (Docs. 154, 156, 158) are DENIED as moot without prejudice to plaintiff's right to re-file them in the event that this matter is not settled.

2. The pretrial conference scheduled for May 21, 2008 at 1:30 p.m. is CANCELLED. The pretrial and trial schedule is STAYED pending submission of the parties' settlement documentation and approval thereof pursuant to Rule 23(e) of the Federal Rules of Civil Procedure.

　　　　　　　　　　　　　　　　　　　　　　S/ Christopher C. Conner
　　　　　　　　　　　　　　　　　　　　　CHRISTOPHER C. CONNER
　　　　　　　　　　　　　　　　　　　　　United States District Judge